IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-80

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, U.S. Department of Labor, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **ORDER** ) |
| RADFORD QUARRIES OF BOONE, INC., DANNY J. CECILE, RAYMOND S. CECILE, D.J. (JACOB) CECILE, | ) ) ) ) ) |
| **Defendants.** | ) ) |

Pursuant to Federal Rule of Civil Procedure 65(a)(2), *Gellman v. State of Md.*, 538 F.2d 603 (4th Cir. 1976), and in the interests of judicial efficiency, the Court is providing advance notice that it is consolidating the hearing on the preliminary injunction with a trial on the merits. Rule 65(a) permits a district judge to "advance the litigation and save court time by pursuing such a course on his own motion where, as here, the litigants have not moved him to do so." *Singleton v. Anson Cnty. Bd. of Ed.*, 387 F.2d 349, 351 (4th Cir. 1967). The Court notes that Defendants have not appeared or responded in any manner and that Plaintiff has not requested a trial by jury. Therefore, Counsel should prepare for a bench trial. The Clerk is directed to serve Defendants with this notice by mail.

Signed: November 20, 2014

Richard L. Voorhees
United States District Judge